UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

LEZLIE BUTTON,

               Plaintiff,              **NOTICE OF MOTION**

   -vs-                              24-CV-6739

NEW YORK STATE DEPARTMENT
OF TRANSPORTATION,

               Defendant.
_____

    **PLEASE TAKE NOTICE** that upon the pleadings in this action, the Served Defendants' Memorandum of Law, and the Declaration of Hillel Deutsch, Defendant moves this Court for an Order pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, dismissing the Complaint in part with prejudice, as well as such other and further relief as this Court may deem just and proper.

    This Motion is submitted on the papers. No oral argument is requested. Defendant reserves the right to file reply papers if appropriate.

Dated: January 22, 2026
       Rochester, New York

                                      LETITIA JAMES
                                      Attorney General of the State of New York
                                      Attorney for Defendant

                                      *s/ Hillel Deutsch*
                                      HILLEL DEUTSCH
                                      Assistant Attorney General of Counsel
                                      NYS Office of the Attorney General
                                      144 Exchange Boulevard, Suite 200
                                      Rochester, New York 14614
                                      Telephone: (585) 546-7430
                                      hillel.deutsch@ag.ny.gov

## CERTIFICATE OF SERVICE

I certify that on January 22, 2026, I electronically filed the foregoing Notice of Motion on behalf of Defendant with the Clerk of the District Court using CM/ECF system, which sent notification of such filing to the following:

1. Andrew Rozynski
   Eisenberg & Baum, LLP
   24 Union Square East
   Penthouse
   New York, NY 10003
   212-353-8700

        LETITIA JAMES
        Attorney General of the State of New York
        Attorney for Defendant

        *s/ Hillel Deutsch*
        HILLEL DEUTSCH
        Assistant Attorney General of Counsel
        NYS Office of the Attorney General
        144 Exchange Boulevard, Suite 200
        Rochester, New York 14614
        Telephone: (585) 546-7430
        hillel.deutsch@ag.ny.gov