

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

April 10, 2026

*VIA CM/ECF*

Hon. Elizabeth A. Wolford
Chief Judge, W.D.N.Y.
100 State St.
Rochester, NY 14618

**Re: Button v. NYS Dept. of Transportation
24CV6739**

Dear Judge Wolford:

Defendant's Reply to Plaintiff's Opposition to the Motion to Dismiss in Part is currently due on Monday, April 13. Due to Passover and a death in the family, I have been out of the office for much of the past week, and respectfully request a week's adjournment to Monday, April 20, 2026. Plaintiff's counsel has kindly agreed to this request.

Very truly yours,

*s/Hillel Deutsch*
HILLEL DEUTSCH
Assistant Attorney General

HD:kj

cc: Andrew Rozynski (CM/ECF)